

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00208-CV

| | | |
|---|---|---|
| KEVIN SCRIBNER, Appellant | § | On Appeal from the 97th District Court |
| V. | | |
| | § | of Archer County (2018-0094A-CV) |
| RANDAL WINEINGER, INDIVIDUALLY AND D/B/A AKINS OIL COMPANY AND PARRA OIL AND GAS, INC., Appellees | § | October 17, 2019 |
| | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order and final judgment. It is ordered that the order and final judgment of the trial court are affirmed.

It is further ordered that Appellant Kevin Scribner shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
        Justice Dabney Bassel